IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 1:21-cv-1153-JHR-KK

MARIO MUNIZ

    Plaintiff,

v.

PANDA EXPRESS, INC., a foreign corporation,
and JOHN DOES 1 through 3

    Defendants.

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 33 and 34, undersigned counsel hereby certifies that on February 1, 2022, I caused Defendant Panda Express Inc.'s First Set of Written Discovery to Plaintiff Mario Muniz to be served on all counsel of record via electronic mail.

Respectfully submitted this 1st day of February, 2022.

        **VIRTUE & NAJJAR, PC**

        *Original Duly Signed and on file at the offices of Virtue & Najjar, PC*

        *s/ Jared D. Najjar*
        Jared D. Najjar
        2200 Brothers Rd.
        Santa Fe, New Mexico 87505
        Phone: (505) 982-8514
        Email: jnajjar@virtuelaw.com

        **ATTORNEYS PANDA EXPRESS, INC.**

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing **CERTIFICATE OF SERVICE** was served this 1st day of February, 2022 via both CM/ECF and via electronic mail upon the following email addresses:

*Attorneys for Plaintiff*
SMITH TEMPLEMAN LAW FIRM, LLC
Roger I. Smith
1306B Rio Grande Blvd. NW
Albuquerque, NM 87104
Phone: (505) 433-1583
Fax: (505) 393-1778
Email: roger@smithtempleman.com

                                                *s/ Jared D. Najjar*
                                                Jared D. Najjar, Esq.