**SMITH TEMPLEMAN**
LAW FIRM

Roger Smith <roger@smithtempleman.com>

---

## Muniz v. Panda Express - draft JSR
4 messages

---

**Jared Najjar** <jnajjar@virtuelaw.com>     Wed, Jan 5, 2022 at 3:45 PM
To: "roger@smithtempleman.com" <roger@smithtempleman.com>
Cc: Jared Najjar <jnajjar@virtuelaw.com>

Roger,

Attached is the draft JSR that we discussed. We must file before **January 21, 2022**. Please insert your portion and email the completed draft to me before that deadline and I will file. Let me know if there are any issues with the proposed dates and we can revise.

Also, we discussed this during our initial conferral, but **please confirm** that your discovery requests will be "served" (via email is fine) after the Court enters the JSR.

Thank you,

Jared D. Najjar, Esq.

VIRTUE & NAJJAR, PC

2200 Brothers Rd., Santa Fe, New Mexico 87505

Cell: (505) 660-4370

Office: (505) 982-8514

Licensed in: **New Mexico | Colorado | Arizona | Texas**



Exhibit 3

THIS COMMUNICATION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION. If you are not the intended recipient, you may not read, copy or distribute this information. If you receive this information in error, please advise us by return e-mail and call 505-983-6101, ext. 0. Any advice contained