```
PU088R                    PANDA RESTAURANT GROUP, INC.
GREGS                     STORE: 338   COORS & LA ORILLA      WORK DATE: 1/18/2020
                                                              STS  TIME OF DAY
EMP ID    EMPLOEE NAME              PHONE          POSITION        IN    OUT    ADDRESS, CIT

1170516 Gonzales, Cecille    5056203882   GENERAL MANAGER    VT 16:54 21:59 4313 Sabana
1255305 Garcia, Jacob        7145740886   SHIFT LEADER/PX    IT  9:32 13:07 8700 WARM WI
1347210 Mendoza, Alexa       5054891737   SHIFT LEADER/PX    VT 11:04 23:10 4917 Rosemar
1355477 Arreguin, Victor     5053317197   COOK/PX            VT 15:23 23:35 4500 las cre
1384088 Lewis, Izek          5055891340   SHIFT LEADER/PX    AP  9:51 23:37 6412 KOCHIS
1406259 ornelas, luis        5055441764   KITCHEN HELP/PX    VT 11:00 23:36 2600 america

                          TOTAL EMPLOYEES:    6

                                  END OF REPORT
```

Exhibit 4