## REQUEST FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:** Please admit that Panda Express was responsible for the maintenance, repair, inspection, and upkeep of the restaurant at 3601 Bosque Plaza Lane in Albuquerque, New Mexico at the time of the subject incident on January 18, 2020.

**Admit __X___**          **Deny _____**

**REQUEST FOR ADMISSION NO. 2:** Please admit that no other entity, individual, organization, or any other person or company was responsible, in whole or in part, for the maintenance, repair, inspection and upkeep of the location of this incident on January 18, 2020.

**Admit _X___**          **Deny _____**

**REQUEST FOR ADMISSION NO. 3:** Please admit that Panda Express, Inc. had a duty to identify and remedy hazards in public areas of the subject property at the time of the subject incident on January 18, 2020.

**Admit _____**          **Deny __X___**

**REQUEST FOR ADMISSION NO. 4:** Please admit that Panda Express, Inc. had a duty of upkeep and repair regarding public areas of the subject property at the time of the subject incident on January 18, 2020.

**Admit _____**          **Deny __X____**

Exhibit 7

**REQUEST FOR ADMISSION NO. 5:**   Please admit that Plaintiff, Mario Muniz slipped and fell near the exit door of the subject property on January 18, 2020

 **Admit** _X____        **Deny** _____

**REQUEST FOR ADMISSION NO. 6:**   Please admit that Plaintiff, Mario Muniz, was injured as a result of the subject fall that serves as the basis for this litigation.

 **Admit** _____        **Deny** __X____

**REQUEST FOR ADMISSION NO. 7:**   Please admit that the ice on the ground just outside the exit door of the subject restaurant was an unreasonably dangerous condition on January 18, 2020.

 **Admit** _____        **Deny** __X____

**REQUEST FOR ADMISSION NO. 8:**   Please admit that the Defendants knew or should have known about the hazard on the ground outside of the exit door of the subject property at the time of the subject incident on January 18, 2020.

 **Admit** _____        **Deny** __X____

**REQUEST FOR ADMISSION NO. 9:**   Please admit that Panda Express, Inc. breached its duty to Plaintiff, Mario Muniz, by negligently failing to maintain its property.

 **Admit** _____        **Deny** __X____